UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| FRANKFORT REHAB AND CARE, LLC, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:20-cv-00059-GFVT |
| V. | ) ) | |
| MIDCAP FUNDING IV TRUST and MIDCAP FINANCIAL SERVICES, LLC, | ) ) ) | **ORDER** |
| Defendants. | ) | |

*** *** *** ***

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice.

[R. 86.] The parties being in agreement, and the Court being sufficiently advised, it is hereby

**ORDERED** that all claims and counterclaims in this matter shall be, and hereby are,

**DISMISSED WITH PREJUDICE** and this matter be **STRICKEN** from the Court's active

docket, with each party to pay its own costs and fees.

This the 19th day of August, 2022.

Gregory F. Van Tatenhove
United States District Judge